In The

Court of Appeals

For The

First District of Texas


____________


NO. 01-08-00368-CR

 01-08-00369-CR

____________


MARK HORRIDGE, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 339th District Court 

Harris County, Texas

Trial Court Cause Nos. 1114966 and 1114965






MEMORANDUM OPINION

 On September 23, 2008, appellant, Mark Horridge, filed a motion to dismiss
in each of the above-referenced appeals. The motions comply with the Texas Rules
of Appellate Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision in these cases. Therefore, we grant the
motions and dismiss the appeals. 

 We have not yet issued a decision. Accordingly, we dismiss the appeals in
cause numbers 1114966 and 1114965.

 We further dismiss any pending motions as moot.

 The Clerk of this Court is directed to issue the mandates. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, Justices Nuchia and Higley.

Do not publish. Tex. R. App. P. 47.2(b).